# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**DARNELL W. MOON**                                                         **PLAINTIFF**

v.                 **CASE NO.: 2:15-CV-138-JM-BD**

**C.V. RIVERA, et al.**                                                 **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the Recommendation and the objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Defendants' motion for summary judgement (docket entry #40) is GRANTED in part and DENIED in part. Mr. Moon's policy, harassment, strip search, recreation, respondeat superior, and equal protection claims are DISMISSED. Defendants Rivera, Hubbard, Okaine, Killingsworth, Bashaw, Grady, Benson, Reynolds, Marrs, Runkle, Hoy, Duncan, Cunningham, Fruitrell, Batchelor, McClain, and Does are DISMISSED from this lawsuit. Defendants' motion to revoke Mr. Moon's *in forma pauperis* status (#43) is DENIED.

IT IS SO ORDERED this 30th day of August, 2016.

_____
UNITED STATES DISTRICT JUDGE