# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**DARNELL W. MOON**                                                            **PLAINTIFF**

**V.**                      **CASE NO. 2:15-CV-138-JM-BD**

**C.V. RIVERA, et al.**                                                  **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 22nd day of November, 2017.

                                                           _____
                                                           UNITED STATES MAGISTRATE JUDGE